USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMERZBANK AG,

                Plaintiffs,

   - against -

DEUTSCHE BANK NATIONAL TRUST CO., et al.,

                Defendants.

---

15 Civ. 10031 (JGK)

ORDER

VERNON S. BRODERICK, District Judge:

In view of the Order on the motion to dismiss in <u>Phoenix Light SF Limited v. Deutsche Bank National Trust Company</u> (14cv10103) (Dkt. No. 70), the parties should advise the Court by September 10, 2018, whether the stay in this action should be lifted.

SO ORDERED.

Dated:    New York, New York
           August 31, 2018

                                    Vernon S. Broderick
                             United States District Judge
                                        Part I