# EXHIBIT V

## Reyes Declaration Exhibit V

With respect to the entries below listed on Defendant's Repurchase Log, the alleged notices of breaches of R&Ws were sent after the last date Plaintiff held any certificates in the Trust.

| Trust | Date Commerzbank Sold Certificate | Repurchase Log Rows |
|---|---|---|
| FFML 2006-FF11 | 11/22/2011 | 12862-13038<br>13220-13318<br>17651-17739<br>28713-29209<br>30741-30793<br>61172<br>62106 |
| GSAA 2006-15 | 6/12/2012 | 61164 |
| GSAMP 2006-FM3 | 11/22/2011 | 30963-31383 |
| MSHEL 2007-2 | 11/22/2011 | 62001 |

Ex. V-1