# Exhibits 27-28

# [FILED UNDER SEAL]