# BIRON CB-EXHIBIT 29 (CORRECTED)

# Biron Declaration Exhibit 29

# "Loss EODs"

## Summary of Voluminous Documents Pursuant to Fed. R. Evid. 1006:

Between August 2008 and September 2010, Defendant notified investors that an EOD had occurred in the following eight Trusts, and informed investors that they could direct Defendant to take action with respect to those EODs

| Trust Name | Date of Notice | Bates Number of Notice |
|---|---|---|
| GSAMP 2005-WMC1 | 12/9/2008 | DBNTC_COMMERZBANK_00002475652 - 54 |
| GSAMP 2005-WMC2 | 11/13/2008 | DBNTC_COMMERZBANK_00000032393 - 96 |
| GSAMP 2005-WMC3 | 3/4/2009 | DBNTC_COMMERZBANK_00000064152 – 155 |
| NHEL 2006-5 | 3/9/2010 | DBNTC_COMMERZBANK_00002123047 – 050 |
| NHEL 2007-2 | 3/9/2010 | DBNTC_COMMERZBANK_00002123233 – 236 |
| SVHE 2005-OPT3 | 8/25/2008 | DBNTC_COMMERZBANK_00000022544 - 46 |
| SVHE 2005-OPT4 | 3/5/2009 | DBNTC_COMMERZBANK_00000057907 – 910 |
| SVHE 2006-OPT5 | 9/10/2010 | DBNTC_COMMERZBANK_00000032794 – 796 |