UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHOENIX LIGHT SF LTD., ET AL.,

                 Plaintiffs,

        - against-

DEUTSCHE BANK NATIONAL TRUST CO. AND
DEUTSCHE BANK TRUST COMPANY
AMERICAS,

                 Defendants.

14-cv-10103 (JGK)

ORDER

```
┌─────────────────────────────────┐
│ USDS SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____          │
│ DATE FILED: 7-12-2021           │
└─────────────────────────────────┘
```

---

COMMERZBANK AG,

                 Plaintiff,

        - against-

DEUTSCHE BANK NATIONAL TRUST CO. AND
DEUTSCHE BANK TRUST COMPANY
AMERICAS,

                 Defendants.

15-cv-10031 (JGK)

---

JOHN G. KOELTL, District Judge:

The Court will hold oral argument on the parties' motions for summary judgment via teleconference on July 21, 2021 at 1:00 pm. Dial-in: 888 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          July 12, 2021

                             /s/ John G. Koeltl
                             John G. Koeltl
                  United States District Judge