# Morgan Lewis

|  |  |
|---|---|
|  | Application granted. SO ORDERED. |
| **Kevin J. Biron** | New York, NY           /s/ John G. Koeltl |
| Partner | February 21, 2022   John G. Koeltl, U.S.D.J. |
| +1.212.309.6180 |  |
| kevin.biron@morganlewis.com |  |

February 18, 2022

**VIA ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, NY 10007

Re:   *Commerzbank AG v. Deutsche Bank Nat'l Trust Co.*, Case No. 15-cv-10031 (JGK)

Dear Judge Koeltl:

We represent defendants Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, as trustees of the RMBS trusts at issue in the above-captioned action.  We write to request, with plaintiff's consent, a **two-week extension** of the February 25, 2022 deadline, pursuant to Your Honor's February 8, 2022 Opinion and Order (Dkt. No. 291), for the parties to submit a proposed Phase 2 scheduling order.  The requested extension would result in this deadline being moved to **March 11, 2022**.

No previous requests to extend this deadline have been made.

Respectfully,

*/s/ Kevin J. Biron*

Kevin J. Biron