UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

COMMERZBANK AG,

                            Plaintiff,

    -against-

DEUTSCHE BANK NATIONAL
TRUST COMPANY, et al.,            Defendant.
--------------------------------------------------------

Case No.  15-cv-10031-JGK-DF

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]    I have cases pending              [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

David Leichtman
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DL7233          My State Bar Number is  2824480

I am,

[✓]    An attorney

[ ]    A Government Agency attorney

[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Leichtman Law PLLC
             FIRM ADDRESS:  228 E. 45th St., Suite 605, New York, NY 10017
             FIRM TELEPHONE NUMBER:  212-419-5210
             FIRM FAX NUMBER:  N/A

NEW FIRM:    FIRM NAME:  Leichtman Law PLLC
             FIRM ADDRESS:  185 Madison Ave., 15th Floor, New York, NY 10016
             FIRM TELEPHONE NUMBER:  212-419-5210
             FIRM FAX NUMBER:  N/A

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
       was entered on _____ by Judge_____.

Dated: 12/06/2022                    _____
                                     ATTORNEY'S SIGNATURE