UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERZBANK AG,<br><br>       *Plaintiff*,<br><br>-against-<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*<br><br>       *Defendants*. | Case No. 15-cv-10031 (JGK) (DCF) |

## MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE LIST

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that William T. Russell, Jr. should be removed from the electronic case filing service list as non-party Deutsche Bank AG is no longer involved in the above-captioned case. William T. Russell, Jr. respectfully requests to be removed from the Court's service list.

Dated: New York, NY
    March 6, 2025

            Respectfully submitted,

            SIMPSON THACHER & BARTLETT LLP

          By: */s/ William T. Russell, Jr.*
            William T. Russell, Jr. (wrussell@stblaw.com)
            425 Lexington Avenue
            New York, NY 10017
            Telephone: (212) 455-2000

            *Attorneys for Non-Party Deutsche Bank AG*