Case 1:15-cv-10031-JGK    Application Granted. SO ORDERED.

Dated: March 7, 2025          /s/ John G. Koeltl
       New York, New York     John G. Koeltl, U.S.D.J.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COMMERZBANK AG,

                *Plaintiff*,

-against-

DEUTSCHE BANK NATIONAL TRUST COMPANY, *et al.*

                *Defendants*.

Case No. 15-cv-10031 (JGK) (DCF)

**MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE LIST**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that William T. Russell, Jr. should be removed from the electronic case filing service list as non-party Deutsche Bank AG is no longer involved in the above-captioned case. William T. Russell, Jr. respectfully requests to be removed from the Court's service list.

Dated: New York, NY
       March 6, 2025

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: */s/ William T. Russell, Jr.*
William T. Russell, Jr. (wrussell@stblaw.com)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000

*Attorneys for Non-Party Deutsche Bank AG*