UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMERZBANK AG,

                Plaintiff,        15-cv-10031 (JGK)

- against -                    ORDER

DEUTSCHE BANK NATIONAL TRUST
COMPANY,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed promptly to mail unredacted, paper courtesy copies of the Phase 1 summary judgment motion briefing. See ECF Nos. 159, 162, 175, 190, 198, 209.

SO ORDERED.
Dated:    New York, New York
            August 3, 2025

                                              John G. Koeltl
                                    United States District Judge