**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────

**COMMERZBANK AG,**

                Plaintiff           15-cv-10031 (JGK)

      - against –               <u>ORDER</u>

**DEUTSCHE BANK NATIONAL TRUST**
**COMPANY,**

                Defendant.
───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for oral argument in connection with the partial motion for summary judgment and motions in limine, on **September 16, 2025,** at **3:00 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 20, 2025**                /s/ John G. Koeltl
                                                **John G. Koeltl**
                                 **United States District Judge**